Charles E. Bartlett, administrator of the estate of Elizabeth Ann Bartlett, deceased, appellee, v. Frank S. Bartlett, appellant. Gen. No. 6,947.

Bill by administrator to compel defendant to assign and deliver certain shares of stock belonging to deceased in her lifetime. Decree for complainant. Appeal from the Circuit Court of Knox county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

Welsh & Zetterholm, for appellant; George C. Gale, of counsel. Robert C. Woolsey and Marsh & Rice, for appellee.

Mr. Justice Partlow delivered the opinion of the court.